UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA,
        Plaintiff

VERSUS                                CIVIL ACTION NO.

REMINGTON, MODEL 870, 12 GAUGE
SHOTGUN SN: V036130V; TACTICAL
SOLUTIONS, MODEL PAC LITE, .22
CALIBER PISTOL, SN: TS-07455; RUGER,
MODEL MARK III, .22 CALIBER PISTOL,
SN:  227-49414; WWI, MODEL WW-308 .308
CALIBER RIFLE, SN: RD005785; BUSHMASTER,
MODEL XM15-E2S, MULTI CALIBER RIFLE,
SN: L416272; WALTHER, MODEL P22, .22
CALIBER SEMI-AUTOMATIC PISTOL,
SN: L143488; WALTHER, MODEL PPQ,
9X19 PISTOL, SN: FAN5760; HECKLER
& KOCH, MODEL HK45, .45 CALIBER PISTOL,
SN: HKU019293; GLOCK, MODEL 17, SN: G39953;
GLOCK, MODEL 35, .40 CALIBER PISTOL,
SN: HXN126; AND 1,470 ROUNDS OF AMMUNITION
        Defendants

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

        NOW INTO COURT COMES the United States of America, by Brandon J. Fremin, United States Attorney, and Chase E. Zachary, Assistant United States Attorney, who bring this Complaint and alleges as follows:

**NATURE OF THE ACTION**

        This is an action to forfeit the following:

18-ATF-020201- Glock, Model: 22, Cal: 40, Sn: PLT824 (slide) G39953 (frame);
18-ATF-020202 - Remington Arms Company, Inc., Model:  870, Cal: 12, Sn: V036130V;
18-ATF-020203 - WWI (Windham Weaponry Inc.) Rifle, Model: WW-308, Cal: 308, Sn: RD005785;
18-ATF-020204 - 25 Rounds Ammunition;
18-ATF-020205 - Bushmaster, Model: XM 15-E2S, Multi Cal. Rifle, Sn: L416272;
18-ATF-020206 - 30 Rounds Ammunition;

18-ATF-020207 - Walther Pistol, Model: P22, Cal: .22 Sn: L143488;
18-ATF-020208 - 10 Rounds Ammunition;
18-ATF-020209 - Walther Pistol, Model: PPQ, Cal: .9 Sn: FAN5760;
18-ATF-020210 - 10 Rounds Ammunition;
18-ATF-020211 - 753 Rounds Ammunition;
18-ATF-020212 - Heckler and Koch, Pistol, Model: HK45, Cal: .45, Sn: HKU-019293
18-ATF-020214 - 10 Rounds Ammunition:
18-ATF-020216 – Glock Pistol, Model: 22, Cal: .40, Sn: HXN126 (slide) PLT824 (frame);
18-ATF-020218 - 14 Rounds Ammunition;
18-ATF-020219 - 193 Rounds Ammunition;
18-ATF-020220 – Ruger Pistol, Model: Mark 111, Cal: .22, Sn: 227-49414;
18-ATF-020221 - 50 Rounds Ammunition;
18-ATF-020222 - 89 Rounds Ammunition;
18-ATF-020223 - Tactical Solutions, Pistol, Model: Pac Lite, Cal: .22, Sn: TS-07455;
18-ATF-020224 – 10 Rounds Ammunition:
18-ATF-020225 – 96 Rounds Ammunition;
18-ATF-020226 – 180 Rounds Ammunition:

(hereinafter, the "Defendant Property"), as firearms and ammunition involved in a knowing violation of 18 U.S.C. § 922(g)(1), which prohibits the possession of a firearm and ammunition by a person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, and thereby forfeitable pursuant to 18 U.S.C. § 924(d)(1).

## JURISDICTION AND VENUE

Plaintiff brings this action in rem in its own right to forfeit and condemn the Defendant Property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461. This Court has jurisdiction over this action under 28 U.S.C. §§ 1345 and 1355.

Venue is proper in this district pursuant to 28 U.S.C. §§ 1355 and 1395 because the acts or omissions giving rise to the forfeiture occurred in this district; the Defendant Property is located in this district; and any criminal prosecution has been brought in this district.

## THE DEFENDANT *IN REM*

The Defendant Property consists of:

18-ATF-020201- Glock, Model: 22, Cal: 40, Sn: PLT824 (slide) G39953 (frame);

18-ATF-020202 - Remington Arms Company, Inc., Model:  870, Cal: 12, Sn: V036130V;
18-ATF-020203 - WWI (Windham Weaponry Inc.) Rifle, Model: WW-308, Cal: 308, Sn: RD005785;
18-ATF-020204 - 25 Rounds Ammunition;
18-ATF-020205 - Bushmaster, Model: XM 15-E2S, Multi Cal. Rifle, Sn: L416272;
18-ATF-020206 - 30 Rounds Ammunition;
18-ATF-020207 - Walther Pistol, Model: P22, Cal: .22 Sn: L143488;
18-ATF-020208 - 10 Rounds Ammunition;
18-ATF-020209 - Walther Pistol, Model: PPQ, Cal: .9 Sn: FAN5760;
18-ATF-020210 -10 Rounds Ammunition;
18-ATF-020211 - 753 Rounds Ammunition;
18-ATF-020212 - Heckler and Koch, Pistol, Model: HK45, Cal: .45, Sn: HKU-019293
18-ATF-020214 - 10 Rounds Ammunition:
18-ATF-020216 – Glock Pistol, Model: 22, Cal: .40, Sn: HXN126 (slide) PLT824 (frame);
18-ATF-020218 - 14 Rounds Ammunition;
18-ATF-020219 - 193 Rounds Ammunition;
18-ATF-020220 – Ruger Pistol, Model: Mark 111, Cal: .22, Sn: 227-49414;
18-ATF-020221 - 50 Rounds Ammunition;
18-ATF-020222 - 89 Rounds Ammunition;
18-ATF-020223 - Tactical Solutions, Pistol, Model: Pac Lite, Cal: .22, Sn: TS-07455;
18-ATF-020224 – 10 Rounds Ammunition:
18-ATF-020225 – 96 Rounds Ammunition;
18-ATF-020226 – 180 Rounds Ammunition:

## FACTS

1. On or about December 28, 2017, Special Agent Carroll Landry, with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, learned from a former prosecutor from the New Orleans area that John Rice, who lived in Jackson Mississippi, was a convicted felon, and was in possession of firearms.  He also learned that Rice might be in possession of grenades and suppressors and have them buried in his backyard.

2. SA Landry interviewed Gabriel Rice, John Rice's son, who advised that he started seeing his father with weapons when he married Barbara Pace.  He further advised SA Landry that his father would take him and his brother shooting and that his father owned 10-20 firearms. He further advised that Barbara Pace, his father's second wife, has purchased firearms for his dad

and that his dad would buy firearms at gun shows. He further advised that Barbara Pace, now his father's ex-wife, lived in an apartment in Baton Rouge, Louisiana.

3. On May 19, 2018, SA Landry, and other law enforcement officers set up surveillance on Barbara Pace's apartment in Baton Rouge, Louisiana. Agents observed Rice and a minor child, exit apartment 902, walk around the complex and then re-enter apartment 902. Approximately 20 minutes later law enforcement officers observed Barbara Pace and another woman walk from the parking lot and enter apartment 902. A short time later, Barbara Pace left the apartment, got in her vehicle and left the complex. Officers stopped her, advised her of her Miranda rights and questioned her about John Rice. She advised that he was her ex-husband, that she knew he was a convicted felon, that Rice was in her apartment where firearms were accessible to him. She then gave officers consent to search her apartment.

4. When agents entered the apartment, they observed John Rice standing in the kitchen with a black revolver on the counter directly in front of him. Rice was placed under arrest and taken into custody. Agents observed 2 firearms prior to entering the apartment, one was a revolver on the kitchen counter, the other was a Glock pistol on the dining room table.

5. Pace was questioned again and she advised that she thought Rice had brought the two pistols first located, into her apartment. She further advised that he had the ability to possess all of the firearms in her apartment.

6. With Pace's permission, a search was conducted with the officer finding 11 weapons and 1,470 rounds of ammunition. Specifically, they found:

18-ATF-020201- Glock, Model: 22, Cal: 40, Sn: PLT824 (slide) G39953 (frame);
18-ATF-020202 - Remington Arms Company, Inc., Model: 870, Cal: 12, Sn: V036130V;
18-ATF-020203 - WWI (Windham Weaponry Inc.) Rifle, Model: WW-308, Cal: 308, Sn: RD005785;
18-ATF-020204 - 25 Rounds Ammunition;
18-ATF-020205 - Bushmaster, Model: XM 15-E2S, Multi Cal. Rifle, Sn: L416272;

18-ATF-020206 - 30 Rounds Ammunition;
18-ATF-020207 - Walther Pistol, Model: P22, Cal: .22 Sn: L143488;
18-ATF-020208 - 10 Rounds Ammunition;
18-ATF-020209 - Walther Pistol, Model: PPQ, Cal: .9 Sn: FAN5760;
18-ATF-020210 -10 Rounds Ammunition;
18-ATF-020211 - 753 Rounds Ammunition;
18-ATF-020212 - Heckler and Koch, Pistol, Model: HK45, Cal: .45, Sn: HKU-019293
18-ATF-020214 - 10 Rounds Ammunition:
18-ATF-020216 – Glock Pistol, Model: 22, Cal: .40, Sn: HXN126 (slide) PLT824 (frame); 18-ATF-020218 - 14 Rounds Ammunition;
18-ATF-020219 - 193 Rounds Ammunition;
18-ATF-020220 – Ruger Pistol, Model: Mark 111, Cal: .22, Sn: 227-49414;
18-ATF-020221 - 50 Rounds Ammunition;
18-ATF-020222 - 89 Rounds Ammunition;
18-ATF-020223 - Tactical Solutions, Pistol, Model: Pac Lite, Cal: .22, Sn: TS-07455;
18-ATF-020224 – 10 Rounds Ammunition:
18-ATF-020225 – 96 Rounds Ammunition;
18-ATF-020226 – 180 Rounds Ammunition:

7.     Agents seized all of the weapons and ammunition and arrested John Rice for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).  ATF began administrative forfeiture proceedings in an attempt to forfeit all of the weapons and ammunition.  Notices were sent to all interested parties and Barbara Pace filed a claim for the above listed weapons and ammunition.  Once the claim was filed with ATF, the agency referred the case to the United States Attorney's Office for consideration of pursuing judicial forfeiture.

8.     John Rice was Indicted in the Middle District of Louisiana on May 30, 2018, and on June 27, 2018, a First Superseding indictment was filed charging Rice with possession of firearms while being a convicted felon. (Document 19, Criminal Case No. 18-65-BAJ-RLB).  On July 23, 2018, Rice entered into a Plea Agreement with the United States and on August 10, 2018, plead guilty pursuant to the First Superseding Indictment, and agreed to forfeit any interest he had in any of the weapons.

9.     Further investigation revealed that the above described firearms were manufactured outside of Louisiana, therefore traveled in and affected interstate commerce.

## CLAIM FOR RELIEF

Pursuant to 18 U.S.C. § 922(g)(1), "It shall be unlawful for any person ... who has been convicted in any court of ... a crime punishable by imprisonment for a term exceeding one year…to…possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce." Pursuant to 18 U.S.C. § 924(d)(1), any firearm and ammunition involved or used in any knowing violation of 18 U.S.C. § 922(g)(1) shall be subject to seizure and forfeiture.

By reason of the facts set forth in the Plea Agreement, and incorporated herein, the Defendant Property can be properly forfeited to the United States of America pursuant to 18 U.S.C. § 924(d).

**WHEREFORE**, the plaintiff requests that the Court issue a warrant and summons for the arrest and seizure of the Defendant Property; that notice of this action be given to all persons known or thought to have an interest in or right against the Defendant Property; that the Defendant Property be forfeited to the United States of America; and that the Court award the plaintiff such other and further relief as this Court deems proper and just.

Dated this 8th day of October, 2018.

UNITED STATES OF AMERICA, by

BRANDON J. FREMIN
UNITED STATES ATTORNEY


/s/ Chase E. Zachary
Chase E. Zachary, LBN 37366
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana  70801
Telephone: (225) 389-0443
Fax: (225) 389-0685
E-mail: chase.zachary@usdoj.gov

## VERIFICATION

I, Special Agent Carroll Landry, hereby verify and declare under penalty of perjury that I am a Special Agent with the United States Bureau of Alcohol, Tobacco, Firearms and Explosives, that I have read the foregoing Verified Complaint In Rem and know the contents thereof, and that the matters contained in the complaint are true to my own knowledge, except that those matters not within my own personal knowledge are alleged on information and belief, and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with other officers, as a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated this 1st day of October, 2018.

_____
ATF Special Agent

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> *Plaintiff(s)* <br> v. <br> Multiple Firearms <br><br> *Defendant(s)* | Civil Action No. 18-CV-887 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Multiple Firearms

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CHASE E. ZACHARY
ASSISTANT UNITED STATES ATTORNEY
777 FLORIDA STREET, ROOM 208
BATON ROUGE, LOUISIANA 70801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 18-CV-887

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

JS 44  (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
Multiple Firearms

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
CHASE E. ZACHARY, AUSA
777 FLORIDA STREET, ROOM 208
BATON ROUGE, LOUISIANA 70801 TEL: 225-389-0443

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461
Brief description of cause:
Forfeiture In Rem

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE: 10/05/2018
SIGNATURE OF ATTORNEY OF RECORD: /s/ Chase E. Zachary

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE